IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooley-McNamara, Bernice | Case Number: 05 B 00220 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/24/08 | Filed: 1/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: March 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 23,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 18,255.51 |
| Priority: | | 0.00 |
| Administrative: | | 2,244.00 |
| Trustee Fee: | | 1,100.49 |
| Other Funds: | | 2,200.00 |
| Totals: | 23,800.00 | 23,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | ECast Settlement Corp | Unsecured | 560.62 | 2,124.38 |
| 3. | Resurgent Capital Services | Unsecured | 1,460.78 | 5,535.52 |
| 4. | Resurgent Capital Services | Unsecured | 1,268.15 | 4,805.49 |
| 5. | Portfolio Recovery Associates | Unsecured | 410.86 | 1,556.93 |
| 6. | ECast Settlement Corp | Unsecured | 641.36 | 2,430.36 |
| 7. | ECast Settlement Corp | Unsecured | 393.12 | 1,489.70 |
| 8. | ECast Settlement Corp | Unsecured | 5.05 | 19.14 |
| 9. | ECast Settlement Corp | Unsecured | 77.58 | 293.99 |
| 10. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 11. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Casual Corner | Unsecured | | No Claim Filed |
| 14. | Fleet Bank | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 17. | Household Bank FSB | Unsecured | | No Claim Filed |
| 18. | Arizona Mail House | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,061.52 | $ 20,499.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 54.17 |
| 3% | 24.61 |
| 5.5% | 407.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cooley-McNamara, Bernice

Printed:  6/24/08

Case Number:  05 B 00220
Judge:  Goldgar, A. Benjamin
Filed:  1/5/05

|       |        |
|-------|--------|
| 5%    | 84.29  |
| 4.8%  | 177.53 |
| 5.4%  | 352.14 |
|       | _____ |
|       | $ 1,100.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____